UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE DAY,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF PARKS & RECREATION,<br><br>                    Defendants. | 25 Civ. 5489 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

This action has been removed to this Court. Plaintiff is directed to file a complaint, in accordance with Federal Rule of Civil Procedure 3, on or before **August 30, 2025**.

Defense counsel is directed to transmit this order to Plaintiff's counsel, who has not yet appeared on the docket.

SO ORDERED.

Dated:  July 9, 2025
        New York, New York

                                                                         _____
                                                                              KATHERINE POLK FAILLA
                                                                              United States District Judge