

Matthew J. Blit, Esq.
800 Westchester Avenue, Suite S-322
Rye Brook, New York 10573
Phone: 212-967-3000
Email: mblit@levineblit.com

September 3, 2025

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York



Re:    **Request for Extension to File Complaint**
       **25cv5489 Day v. City Of New York et al**

Dear Judge Failla,

This firm represents the Plaintiff in this matter.  I write to respectfully request an extension of time for Plaintiff to file the complaint.  The original deadline for Plaintiff to file the complaint was August 30, 2025, as set forth in a prior court order (Docket #3).  The requested extension is for twenty (20) days, to September 19, 2025.

This is the first request for an extension of this deadline.  The request is necessary as the attorney assigned to this matter has recently left the firm, and as the matter is presently being reassigned to a new attorney.  Defense counsel consents to this request.

Thank you for your attention to this matter.

Very truly yours,

LEVINE & BLIT, PLLC

/s/ Mathew J. Blit

Matthew J. Blit, Esq.

Application GRANTED.  The deadline for Plaintiff to file the complaint is hereby ADJOURNED to on or before **September 19, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 4.

SO ORDERED.

Dated:    September 4, 2025
          New York, New York

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE