UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

EUGENE DAY,                                                                  Case No.1:25-CV-5489-KPF

                              Plaintiffs,                            **VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)**

CITY OF NEW YORK, and NEW YORK DEPARTMENT
OF PARKS & RECREATION,

                              Defendants.

------------------------------------------------------------------------ X

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(2), all of Plaintiff's Federal claims are hereby dismissed with prejudice, as against all Defendants, as Plaintiff requests that the above referenced matter be remanded back to the New York State Supreme Court for litigation of Plaintiff's pending New York State and New York City claims.

Dated: Rye Brook, New York
       October 3, 2025                                    LEVINE & BLIT, PLLC

                                                           /s/ Matthew J. Blit
                                                           Matthew J. Blit, Esq.
                                                           800 Westchester Ave., Suite S-322
                                                           Rye Brook, NY 10573
                                                           (212)967-3000
                                                           mblit@levineblit.com
                                                           *Attorneys for Plaintiff*

Understanding that Plaintiff has voluntarily dismissed his federal claims with prejudice, Plaintiff is hereby ORDERED to file a letter indicating whether there is any other basis for the Court's subject-matter jurisdiction over this action, and whether Defendants consent to remand, on or before **October 10, 2025**.  *See* 28 U.S.C. § 1447(c).

The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Dated:     October 3, 2025              SO ORDERED.
           New York, New York

                                        *Katherine Polk Failla*

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE