UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE DAY,<br><br>                              Plaintiff,<br><br>              -v.-<br><br>CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF PARKS & RECREATION,<br><br>                              Defendants. | 25 Civ. 5489 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On October 3, 2025, Plaintiff filed a stipulation of voluntary dismissal, dismissing with prejudice all federal claims against all defendants and further requesting that the Court remand his case to state court. (Dkt. #8). On October 17, 2025, in response to the Court's request (*see* Dkt. #9), Plaintiff filed a letter confirming that the Court no longer retains subject matter jurisdiction and that Defendants consent to remand. (Dkt. #10). Accordingly, Plaintiff's application for remand is GRANTED. *See* 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case. The Clerk of Court is further directed to remand the matter back to the Supreme Court of the State of New York, County of Bronx, where it was previously docketed at Index No. 808625/2025E.

SO ORDERED.

Dated:  October 17, 2025
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge